**HINDMAN APC**
Jesse Hindman (SBN 222935)
402 W. Broadway, Suite 1520
San Diego, CA 92101
Telephone: (619) 255-4078
Email: jesse@hindmanapc.com

**FOLEY HOAG LLP**
Barbara A. Fiacco (*pro hac vice*)
Donald R. Ware (*pro hac vice*)
Jeremy Younkin (*pro hac vice*)
Joanna L. McDonough (*pro hac vice*)
Lucas Watkins (*pro hac vice*)
Stuart Knight (*pro hac vice*)
155 Seaport Boulevard
Boston, MA 02210
Telephone: 617-832-1000

*Attorneys for Plaintiffs Becton, Dickinson and Company, Sirigen, Inc., and Sirigen II Limited*

**BEHMER & BLACKFORD LLP**
Timothy S. Blackford (SBN 190900)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858-792-3420
Email: tim@behmerblackford.com

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Teagan J. Gregory*
D. Shayon Ghosh (SBN 313628)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
* Pro hac vice application forthcoming

*Attorneys for Defendant Beckman Coulter, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Becton, Dickinson and Company, Sirigen, Inc., and Sirigen II Limited,<br><br>            Plaintiffs,<br><br>v.<br><br>Beckman Coulter, Inc.<br><br>            Defendant. | Case No. 21-cv-1173-CAB-NLS<br><br>**JOINT MOTION TO EXTEND TIME FOR REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND TO ADJUST CIVIL CASE PROCEDURE SECTION V DEADLINES** |

The parties jointly move for a brief extension of the deadline for Plaintiffs to file their Reply to Defendant's Opposition to Motion for Preliminary Injunction (ECF No. 42) ("Reply" and "Opposition," respectively) and to adjust the related deadlines under Section V of the Court's Civil Case Procedures governing requests to file under seal ("Section V").  The parties have been diligently conducting discovery relating to Plaintiffs' Motion for Preliminary Injunction (ECF No. 9) ("Motion") and are in the process of scheduling depositions of the witnesses who submitted declarations in support of Defendant's Opposition filed on September 2.  Those witnesses are available for depositions on the following dates:

- Dr. Mario Koksch – Thursday, September 23
- Dr. Colin Nuckolls – Friday, September 24
- Dr. Olga Weinberg – Monday, September 27

Plaintiffs' current deadline to file the Reply is Wednesday, September 29 which is only two days after the conclusion of the above proposed depositions.  Accordingly, the proposed deposition dates would not provide adequate time for Plaintiffs' counsel to secure transcripts, meaningfully review and analyze the testimony and incorporate the evidence into the Reply.  Moreover, the parties expect that portions of this deposition testimony will likely be designated Confidential Information under the case Protective Order (ECF No. 45) such that compliance with Section V concerning requests to file under seal will be required.

Based on the current Reply deadline, Section V.2 requires Plaintiffs to serve notice on Defendant identifying the confidentially designated documents and information they contemplate using in connection with the Reply on Friday, September 17 and for Defendant to file a motion to seal on Thursday, September 24. Based on the current Reply deadline, Section V.1 also requires Plaintiffs to move to seal any of their confidential documents or information that they contemplate using in connection with the Reply on September 22.  Each of these deadlines occur before the anticipated completion of the upcoming depositions.

JOINT MOTION TO EXTEND TIME FOR REPLY AND TO ADJUST CIVIL CASE PROCEDURE SECTION V DEADLINES

To accommodate the scheduling of these depositions, the parties have met and conferred and now jointly request (1) a short extension of the deadline for Plaintiffs to file their Reply and (2) a modification of the related Section V deadlines as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Reply to the Opposition | Wednesday, September 29, 2021 | Tuesday, October 5, 2021 |
| Plaintiffs' Section V.2 Notice | Friday, September 17, 2021 | Wednesday, September 29, 2021 |
| Plaintiffs' Motion to Seal | Wednesday, September 22, 2021 | Friday October 1, 2021 |
| Defendant's Motion to Seal | Thursday, September 24, 2021 | Friday, October 1, 2021 |

The parties do not seek an adjustment of any other case deadlines, including the hearing date of the Motion.

Good cause exists for this motion and the requested schedule accommodation as it allows the parties to schedule these depositions consistent with the witnesses' availability and for Plaintiffs to have an opportunity to evaluate and use this anticipated important testimony in connection with their Reply.  The requested schedule accommodation also provides time for the parties to comply with the Court's Section V procedures following completion of the upcoming depositions and for the Court to rule on the parties' motions to seal in advance of Plaintiffs' Reply deadline.

Accordingly, the parties respectfully request and jointly move the Court to enter the concurrently-submitted proposed order entering the aforementioned adjusted schedule.

JOINT MOTION TO EXTEND TIME FOR REPLY AND TO ADJUST CIVIL
CASE PROCEDURE SECTION V DEADLINES

1   Dated:  September 16, 2021

2   By: _s/ Jesse Hindman_____          By: _s/ Timothy Blackford_____

3

4   **HINDMAN APC**                      **BEHMER & BLACKFORD LLP**
    Jesse Hindman (SBN 222935)           Timothy S. Blackford (SBN 190900)
5   402 W. Broadway, Suite 1520          12526 High Bluff Drive, Suite 300
    San Diego, CA 92101                  San Diego, CA 92130
6   Telephone: (619) 255-4078            Telephone: 858-792-3420
7   Email: jesse@hindmanapc.com          Email: tim@behmerblackford.com

8   **FOLEY HOAG LLP**                   **WILLIAMS & CONNOLLY LLP**
9   Barbara A. Fiacco (*pro hac vice*)   Thomas H. L. Selby (*pro hac vice*)
    Donald R. Ware (*pro hac vice*)      David M. Krinsky (*pro hac vice*)
10  Jeremy Younkin (*pro hac vice*)      Teagan J. Gregory*
11  Lucas Watkins (*pro hac vice*)       D. Shayon Ghosh (SBN 313628)
    Joanna L. McDonough (*pro hac vice*) 725 Twelfth Street, N.W.
12  Stuart Knight (*pro hac vice*)       Washington, DC 20005
13  155 Seaport Boulevard                Telephone: 202-434-5000
    Boston, MA 02210                     Facsimile: 202-434-5029
14  Telephone: 617-832-1000              * Pro hac vice application forthcoming

15

16  *Attorneys for Plaintiffs Becton,*   *Attorneys for Defendant Beckman*
    *Dickinson and Company, Sirigen,*    *Coulter, Inc.*
17  *Inc., and Sirigen II Limited*

18

19

20

21

22

23

24

25

26

27

28

4                   Case No. 21-cv-1173-CAB-NLS

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Timothy Blackford, counsel for Defendant Beckman Coulter, Inc., and that I have obtained Mr. Blackford's authorization to affix his electronic signature to this document.

Dated:  September 16, 2021                    By:  s/ Jesse Hindman
                                              Attorney for Plaintiffs
                                              Email:  jesse@hindmanapc.com

5          Case No. 21-cv-1173-CAB-NLS
JOINT MOTION TO EXTEND TIME FOR REPLY AND TO ADJUST CIVIL
CASE PROCEDURE SECTION V DEADLINES