UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY; SIRIGEN, INC; and SIRIGEN II LIMITED,<br><br>                              Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>                              Defendant. | Case No.:  21cv1173-CAB (NLS)<br><br>**ORDER RESETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

  The Court previously vacated the Early Neutral Evaluation Conference ("ENE") in this case in light of the pending motion to preliminary injunction.  ECF No. 52.  On October 14, 2021, the Court ruled on the motion.  ECF No. 66.  Pursuant to the Court's instructions, the parties contacted the Court to reset the ENE.

  Accordingly, the Court **RESETS** the Early Neutral Evaluation Conference for **December 7, 2021** at **10:00 a.m.**, to be held by teleconference.  The parties shall abide by the instructions set forth in the Court's August 20, 2021 Notice and Order for Early

//
//
//

1

Neutral Evaluation Conference (ECF No. 34) for the ENE, including the timing for submission of settlement briefs and contact information for the Zoom conference.

**IT IS SO ORDERED.**

Dated: October 28, 2021

Hon. Nita L. Stormes
United States Magistrate Judge