UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY; SIRIGEN, INC; and SIRIGEN II LIMITED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 21cv1173-CAB (NLS)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL**<br><br>[ECF No. 79] |

Before the Court is Defendant Beckman Coulter, Inc.'s motion to file under seal certain documents related to the parties' Joint Motion for Determination of Discovery Dispute No. 1. ECF No. 79. Specifically, Defendant seeks to file under seal the following documents:

1. Portions of the Joint Memorandum of Points and Authorities for Determination of Discovery Dispute No. 1;

2. Exhibits 1-7 supporting the Joint Motion for Determination of Discovery Dispute.

A party requesting that the court seal materials attached to a non-dispositive motion must make a particularized showing of good cause. *Kamakana v. City and Cnty.*

1

*of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  Here, Defendant states that Exhibits 1, 2, 2A, 4, 5, and 7 contain its confidential technical information and public disclosure of such information would cause economic and competitive harm.  ECF No. 79 at 3.  In addition, Defendant states that Exhibits 1, 2, 2A, 3, and 6 contain its confidential business information and public disclosure of such information would also cause competitive harm.  *Id.* at 3-4.  Defendant also seeks to file under seal portions of the memorandum that reference such information.  *Id.* at 4.

      Good cause appearing, the Court **GRANTS** the motion to seal the requested documents, as specified above.

**IT IS SO ORDERED.**

Dated:  January 20, 2022

Hon. Nita L. Stormes
United States Magistrate Judge