# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **Becton Dickinson et al. v. Beckman Coulter, Inc.** | Case Number: | **21cv1173-CAB-NLS** |

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: n/a

It is hereby **ORDERED** that a telephonic status conference regarding Defendant's pending ex parte motion [Doc. No. 101] will be held on **March 15, 2022** at **2:00 p.m.**  Counsel are instructed to connect through an AT&T Teleconference connection at (888) 398-2342, access code: 1749358.  It is **SO ORDERED.**

Date:  March 14, 2022                                                                                       Initials:  AJM