UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, SIRIGEN, INC., and SIRIGEN II LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>Defendant. | Case No.: 21-CV-1173-CAB-NLS<br><br>**ORDER RE CLAIM NARROWING**<br><br>[Doc. No. 101] |

Upon consideration of Defendant's ex parte motion [Doc. No. 101] and Plaintiffs' opposition thereto [Doc. No. 103], and as stated by the Court at the March 15, 2022 telephonic status conference, it is hereby **ORDERED** that Plaintiffs limit the number of asserted claims to thirty and serve a designation of those asserted claims on Defendant by **March 31, 2022**. Defendant will then serve a designation of its responsive obviousness prior art combinations, not to exceed 20 combinations by **April 22, 2022**. The Court imposes no limit on the designation of anticipatory prior art references. This order is without prejudice to either party filing a motion to assert additional claims, to substitute claims, or identify additional prior art references or combinations upon a showing of good cause.

1        It is further **ORDERED** that the claim construction hearing is **CONTINUED** to **May 26, 2022** at **9:30 a.m.**

        It is **SO ORDERED**.

Dated:  March 15, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge