**EDLESON, REZZO & HINDMAN**
Jesse Hindman (SBN 222935)
402 W. Broadway, Suite 1520
San Diego, CA 92101
Telephone: (619) 255-4078
Email: jesse@erhlawfirm.com

**FOLEY HOAG LLP**
Barbara A. Fiacco (*pro hac vice*)
Donald R. Ware (*pro hac vice*)
Jeremy Younkin (*pro hac vice*)
Stuart Knight (*pro hac vice*)
Joanna L. McDonough (*pro hac vice*)
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000

*Attorneys for Plaintiffs*

**BEHMER & BLACKFORD LLP**
Timothy S. Blackford (SBN 190900)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858-792-3420
Email: tim@behmerblackford.com

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Teagan J. Gregory (*pro hac vice*)
Anthony H. Sheh (*pro hac vice*)
D. Shayon Ghosh (SBN 313628)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, SIRIGEN, INC., and SIRIGEN II LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>Defendant. | Case No. 21-cv-01173-CAB-NLS<br><br>**JOINT MOTION TO CONTINUE DISCOVERY BRIEFING DEADLINE** |

1. The parties jointly move the Court to continue the deadline to bring a Joint Motion for Determination of a Discovery Dispute regarding Defendant Beckman Coulter Inc.'s Third Set of Interrogatories.

2. The deadline for the substantial completion of document discovery including electronically stored information is June 8, 2022. *See* Doc. No. 82. On February 14, 2022, Defendant served its Third Set of Interrogatories. On March 23, 2022, Plaintiffs served their responses and objections. Pursuant to Magistrate Judge Stormes's Civil Case Procedures, the initial deadline to bring a Joint Motion for Determination of a Discovery Dispute regarding Defendant's Third Set of Interrogatories is May 9, 2022 (as May 7, 2022, falls on a Saturday).

3. To accommodate ongoing meet and confer efforts, the parties request that the deadline to bring a Joint Motion for Determination of a Discovery Dispute regarding responses to Defendant's Third Set of Interrogatories be continued to June 8, 2022. This would provide additional time to resolve and/or narrow any further disputes and minimize or avoid the need for Court intervention. The requested extension will not affect other case management dates. The parties have not previously requested a continuance regarding Defendant's Third Set of Interrogatories.

4. Good cause exists for this motion as the parties have exchanged written correspondence regarding Defendant's Third Set of Interrogatories, and have on multiple previous occasions productively met and conferred to resolve several discovery disputes without the Court's intervention.

WHEREFORE the parties jointly move the Court to continue to June 8, 2022, the deadline to bring a Joint Motion for Determination of a Discovery Dispute regarding Defendant's Third Set of Interrogatories.

Dated: May 2, 2022                      Respectfully submitted,

By: */s/ Jeremy Younkin*                By: */s/ Timothy S. Blackford*

| | |
|---|---|
| 1 | **EDLESON, REZZO & HINDMAN** |
| 2 | Jesse Hindman (SBN 222935) |

**EDLESON, REZZO & HINDMAN**
Jesse Hindman (SBN 222935)
402 W. Broadway, Suite 1520
San Diego, CA 92101
Telephone: (619) 255-4078
Email: jesse@erhlawfirm.com

**FOLEY HOAG LLP**
Barbara A. Fiacco (*pro hac vice*)
Donald R. Ware (*pro hac vice*)
Jeremy Younkin (*pro hac vice*)
Lucas Watkins (*pro hac vice*)
Joanna L. McDonough (*pro hac vice*)
Stuart Knight (*pro hac vice*)
155 Seaport Boulevard
Boston, MA 02210
Telephone: 617-832-1000

*Attorneys for Plaintiffs Becton, Dickinson and Company, Sirigen, Inc., and Sirigen II Limited*

**BEHMER & BLACKFORD LLP**
Timothy S. Blackford (SBN 190900)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858-792-3420
Email: tim@behmerblackford.com

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Teagan J. Gregory (*pro hac vice*)
Anthony H. Sheh (*pro hac vice*)
D. Shayon Ghosh (SBN 313628)
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Beckman Coulter, Inc.*

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jeremy Younkin, counsel for Plaintiffs Becton, Dickinson and Company ("BD"), Sirigen, Inc. and Sirigen II Limited, and that I have obtained Mr. Younkin's authorization to affix his electronic signature to this document.

Dated: May 2, 2022

By: */s/ Timothy S. Blackford*
Attorney for Defendant
Email: tim@behmerblackford.com