UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY; SIRIGEN, INC; and SIRIGEN II LIMITED,<br><br>                Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>                Defendant. | Case No.:  21cv1173-CAB (NLS)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO CONTINUE DISCOVERY BRIEFING DEADLINE;**<br><br>**(2) GRANTING MOTION TO CONTINUE DISCOVERY BRIEFING DEADLINE**<br><br>**[ECF Nos. 128, 129]** |

Before the Court are two motions by the parties requesting the Court to continue deadlines to bring joint motions for determinations of discovery disputes.  ECF Nos. 128, 129.

In the first motion, the parties request an extension to bring a discovery dispute regarding Defendant's Third Set of Interrogatories.  ECF No. 128.  The current deadline is May 9, 2022 and the parties request an extension until June 8, 2022 so that they can continue to engage in meet and confer efforts.  *Id.*  Good cause appearing, the Court

**GRANTS** this request.  The deadline to bring a potential discovery dispute on Defendant's Third Set of Interrogatories is extended to **June 8, 2022**.

In the second motion, the parties request an extension to bring a discovery dispute regarding Plaintiffs' First and Second Sets of Requests for Production of Documents and Things and Plaintiffs' Interrogatory No. 12 from Plaintiff's Second Set of Interrogatories. ECF No. 129.  The Court previously granted various extensions, extending the deadline to bring a potential dispute as to these sets on or before May 13, 2022.  *See* ECF Nos. 73, 86, 93, 98, 115, 122.  Regarding the requests for production, the parties request an extension until May 27, 2022, so that they can engage in meet and confer efforts and continue to attempt to resolve the remaining issues.  ECF No. 129 at 3.  Regarding Interrogatory No. 12, the parties request that the Court extend the deadline to bring a dispute on this interrogatory to be two weeks after the Court rules on Discovery Dispute No. 3.  *Id.* at 3-4.  The parties state that their dispute regarding Interrogatory No. 12 is similar to the issues brought up in that dispute and the Court's ruling will provide guidance for them to attempt to resolve the dispute.  *Id.* at 4.  Good cause appearing, the Court **GRANTS** these requests:

1)  The deadline for bringing a potential joint motion for determination of discovery dispute regarding responses to Plaintiffs' First and Second Sets of Requests for Production of Documents and Things is extended to **May 27, 2022**.

2)  The deadline for bringing a potential joint motion for determination of discovery dispute regarding Plaintiffs' Interrogatory No. 12 is extended to **two weeks after the Court rules on Discovery Dispute No. 3** (ECF No. 124).

**IT IS SO ORDERED.**

Dated:  May 10, 2022

Hon. Nita L. Stormes
United States Magistrate Judge

21cv1173-CAB (NLS)