UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, SIRIGEN, INC., and SIRIGEN II LIMITED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>　　　　　Defendant. | Case No.: 21-CV-1173-CAB-NLS<br><br>**CLAIM CONSTRUCTION ORDER** |

On May 26, 2022, the Court held a hearing to construe certain disputed terms and phrases of the patents at issue in this lawsuit. Having considered the submissions of the parties, the arguments of counsel, and for the reasons set forth at the hearing, the Court enters the claim constructions listed below.

First, the Court adopts its preliminary constructions of the below terms and phrases:

| Claim Term | Construction |
|---|---|
| **MU is a polymer modifying unit or band gap modifying unit** | MU is not required to be present in the structure of the water-soluble conjugated polymer of Independent Claim 1 of the Asserted Patents (i.e., it can be 0% of the mol %). |

| | |
|---|---|
| b is a mol% from 0 to 90% | "0" is zero, meaning the limitation is not present in the structure. |
| substituted with one or more pendant chains terminated with [identified group] | If a linker is present in the structure, it must have at least one pendant chain that terminates with a functional group that meets the remaining claim limitation. The plain language of the claim does not require that all chains pendant from a linker terminate with a functional group, or with the same functional group. |
| the polymer comprises at least 1 functional group selected from [identified function groups] within $G_1$, $G_2$, $L_1$ or $L_2$, or a conjugated organic dye or biomolecule | The polymer must include within $G_1$, $G_2$, $L_1$ or $L_2$ at least one of the identified functional groups, a conjugated organic dye, or a biomolecule. |

In addition, the Court adopts the parties' agreed upon constructions of the following claim terms:

| Claim Term | Construction |
|---|---|
| A water-soluble conjugated polymer / A conjugated polymer / A conjugated polymer complex | A polymer containing an extended series of unsaturated bonds with at least one conjugated pi electron system that extends across two or more repeat units. |
| polymer modifying unit | A unit in the polymer that modifies the polymer and is different from the units denoted by the letters a, c, and d. |
| band gap modifying unit | A unit in the polymer that either increases or decreases the band gap of the polymer. |

Finally, for the reasons stated on the record, Plaintiff's ex parte motion to enforce the March 15, 2022, order regarding claim narrowing [Doc. No. 134] is **DENIED**.

It is **SO ORDERED**.

Dated: May 26, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge