**BEHMER & BLACKFORD LLP**
Timothy S. Blackford (SBN 190900)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858-792-3420
Email: tim@behmerblackford.com

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Teagan J. Gregory (*pro hac vice*)
Anthony H. Sheh (*pro hac vice)*
D. Shayon Ghosh (SBN 313628)
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, SIRIGEN, INC., and SIRIGEN II LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>Defendant. | Case No. 21-cv-01173-CAB-NLS<br><br>**DEFENDANT BECKMAN COULTER INC.'S UNOPPOSED MOTION TO CONTINUE DISCOVERY BRIEFING DEADLINE** |

Defendant Beckman Coulter, Inc. hereby moves the Court to continue the deadline to bring a Joint Motion for Determination of a Discovery Dispute regarding Interrogatory Nos. 8, 10, and 13 of Defendant's Third Set of Interrogatories. Plaintiffs do not oppose Defendant's motion.

The deadline for the substantial completion of document discovery including electronically stored information is June 8, 2022. *See* ECF No. 82. On February 14, 2022, Defendant served its Third Set of Interrogatories. On March 23, 2022, Plaintiffs served their responses and objections. Pursuant to Magistrate Judge Stormes's Civil Case Procedures, the initial deadline to bring a Joint Motion for Determination of a Discovery Dispute regarding Defendant's Third Set of Interrogatories was May 9, 2022. The Court granted the parties' request to continue this deadline until June 8, 2022. *See* ECF No. 130.

To accommodate ongoing meet and confer efforts, Defendant requests that the deadline to bring a Joint Motion for Determination of a Discovery Dispute regarding responses Defendant's Interrogatory Nos. 8, 10, and 13 from Defendant's Third Set of Interrogatories be continued to July 8, 2022. This would provide additional time to resolve and/or narrow any further disputes and minimize or avoid the need for Court intervention. The requested extension will not affect other case management dates.

Good cause exists for this motion as the parties have exchanged written correspondence regarding Defendant's Third Set of Interrogatories, and have on multiple previous occasions productively met and conferred to resolve several discovery disputes without the Court's intervention.

WHEREFORE, Defendant moves the Court to continue to July 8, 2022, the deadline to bring a Joint Motion for Determination of a Discovery Dispute regarding Interrogatory Nos. 8, 10, and 13 of Defendant's Third Set of Interrogatories.

Dated: June 1, 2022                                    Respectfully submitted,

By: */s/ Timothy S. Blackford*

|   |   |
|---|---|
| 1 |   |
| 2 | **BEHMER & BLACKFORD LLP**<br>Timothy S. Blackford (SBN 190900) |
| 3 | 12526 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |
| 4 | Telephone: 858-792-3420 |
| 5 | Email: tim@behmerblackford.com |
| 6 |   |
| 7 | **WILLIAMS & CONNOLLY LLP**<br>Thomas H. L. Selby (*pro hac vice*) |
| 8 | David M. Krinsky (*pro hac vice*)<br>Teagan J. Gregory (*pro hac vice*) |
| 9 | Anthony H. Sheh (*pro hac vice*) |
| 10 | D. Shayon Ghosh (SBN 313628)<br>680 Maine Avenue SW |
| 11 | Washington, DC 20024 |
| 12 | Telephone: 202-434-5000<br>Facsimile: 202-434-5029 |
| 13 |   |
| 14 | *Attorneys for Defendant Beckman Coulter, Inc.* |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |