UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY; SIRIGEN, INC; and SIRIGEN II LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br>Defendant. | Case No.:  21cv1173-CAB (NLS)<br><br>**ORDER:**<br><br>**(1) GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL;**<br><br>**(2) GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL**<br><br>**[ECF Nos. 178, 190]** |

Before the Court are two separate motions to file certain documents under seal. ECF Nos. 178, 190.  In the first motion, Defendant seeks to file under seal:

1. Portions of the Motion to Enforce the Court's Order Regarding Discovery Dispute No. 4;

2. Exhibits 2-5 to the Declaration of Anthony H. Sheh in support of the Motion to Enforce;

3. Portions of Exhibits 6 and 7 to the Declaration of Anthony H. Sheh in support of the Motion to Enforce.

ECF No. 178 at 2-3.  In the second motion, Plaintiffs seek to file under seal Exhibit A to the Declaration of Stuart Knight in support of Plaintiffs' Opposition to Defendant's

Motion to Enforce.  ECF No. 190 at 2.

A party requesting that the court seal materials attached to a non-dispositive motion must make a particularized showing of good cause.  *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  Here, a review of the documents above indicate that they contain technical information and confidential business information.

Good cause appearing, the Court **GRANTS** the motion to seal the requested documents, as specified above.

**IT IS SO ORDERED.**

Dated:  October 13, 2022

*[signature]*

Hon. Nita L. Stormes
United States Magistrate Judge