**EDLESON, REZZO & HINDMAN**
Jesse Hindman (SBN 222935)
225 Broadway, Suite 2220
San Diego, CA 92101
Telephone: (619) 255-4078
Email: jesse@erhlawfirm.com

**FOLEY HOAG LLP**
Barbara A. Fiacco (*pro hac vice*)
Donald R. Ware (*pro hac vice*)
Jeremy Younkin (*pro hac vice*)
Stuart Knight (*pro hac vice*)
Joanna L. McDonough (*pro hac vice*)
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000

*Attorneys for Plaintiffs*

**BEHMER & BLACKFORD LLP**
Timothy S. Blackford (SBN 190900)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858-792-3420
Email: tim@behmerblackford.com

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Teagan J. Gregory (*pro hac vice*)
Anthony H. Sheh (*pro hac vice*)
D. Shayon Ghosh (SBN 313628)
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, SIRIGEN, INC., and SIRIGEN II LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>Defendant. | Case No. 21-cv-01173-CAB-NLS<br><br>**NOTICE OF PTAB'S FINAL WRITTEN DECISIONS AND JOINT MOTION TO CONTINUE NOTICE DEADLINE** |

The parties hereby provide notice of the PTAB's Final Written Decisions in the IPR Proceedings and jointly move the Court to continue the December 28, 2023 deadline to provide notice of a joint proposal for whether the stay of this case should be lifted, or in the alternative (including if the parties do not agree) to request a status conference to discuss with the Court whether the stay should be extended in light of the PTAB's rulings, to January 9, 2024.  Doc. No. 246 at 2.

On July 6, 2022, Defendant Beckman Coulter, Inc. ("Beckman") moved to stay this litigation in view of petitions for IPR that Beckman filed with the Patent Trial and Appeal Board ("PTAB") challenging the validity of each of the six patents that Plaintiffs Becton, Dickinson and Company, Sirigen, Inc. and Sirigen II Ltd. (collectively, "Plaintiffs") elected to assert against Beckman in this case (the "Elected Asserted Patents") pursuant to the Court's Order Re Claim Narrowing. Doc. No. 106. Plaintiffs opposed Beckman's motion to stay.

On July 25, 2022, the Court issued its Order Granting In Part Motion To Stay. The Court ordered that:

> this case is **STAYED,** effective August 17, 2022, pending resolution of the IPR proceedings that have been instituted on the patents at issue in this case. The fact discovery deadline of August 17, 2022, remains in effect. The parties are **ORDERED** to provide notice to the Court promptly upon issuance of a decision by the PTAB on whether to institute IPR on any of the patents. Plaintiffs may seek to lift the stay as to any patents that are not instituted for review. The parties are further **ORDERED** to provide notice to the Court within five days of any Final Written Decision on the IPR of any of the claims asserted by Plaintiff in this case.

Doc. No. 168.

On January 6, 2023, the PTAB instituted IPR proceedings as to five of the six Elected Asserted Patents and denied institution as to one of the Elected Asserted Patents, U.S. Patent No. 8,575,303. Doc. No. 237.

On January 18, 2023, upon joint motion by the parties, the Court issued its Order Granting Joint Motion to Continue Stay Pending *Inter Partes* Review.  The Court ordered in part that:

> The stay shall remain in effect at least until the Patent Trial and Appeal Board ("PTAB") issues Final Written Decisions in the five IPR proceedings initiated by Beckman with respect to the Elected Asserted Patents (i.e., IPR Nos. IPR2022- 1203; IPR2022-1204; IPR2022-1205; IPR2022-1206; and IPR2022-1207; collectively, the "IPR Proceedings") or the IPR Proceedings otherwise conclude in the PTAB;
>
> Within seven calendar days of the Final Written Decisions in the IPR Proceedings, the parties will provide notice to the Court of a joint proposal for whether the stay should be lifted, or in the alternative (including if the parties do not agree) to request a status conference to discuss with the Court whether the stay should be extended in light of the PTAB's rulings . . . .

Doc. No. 246.

On December 21, 2023, the PTAB issued its Final Written Decisions in the five instituted IPR Proceedings, finding Beckman (i) has not proven claim 10 of U.S. Patent No. 10,288,620 unpatentable and (ii) has proven all remaining claims challenged in the proceedings unpatentable.  The parties are considering the PTAB's Final Written Decisions and intend to meet and confer in early January 2024 in advance of providing notice to the Court of any joint proposal.  The parties therefore respectfully request that the existing December 28, 2023 notice deadline (pursuant to Doc. No. 246) be continued to January 9, 2024.

WHEREFORE, Plaintiffs and Beckman hereby jointly move the Court to continue the December 28, 2023 deadline to provide notice to the Court of a joint proposal for whether the stay should be lifted, or in the alternative (including if the parties do not agree) to request a status conference to discuss with the Court whether the stay should be extended in light of the PTAB's rulings, to January 9, 2024.

Dated: December 26, 2023

By: */s/ Jesse Hindman*

**EDLESON, REZZO & HINDMAN**
Jesse Hindman (SBN 222935)
225 Broadway, Suite 2220
San Diego, CA 92101
Telephone: (619) 255-4078
Email: jesse@erhlawfirm.com

**FOLEY HOAG LLP**
Barbara A. Fiacco (*pro hac vice*)
Donald R. Ware (*pro hac vice*)
Jeremy Younkin (*pro hac vice*)
Stuart Knight (*pro hac vice*)
Joanna L. McDonough (*pro hac vice*)
155 Seaport Boulevard
Boston, MA 02210
Telephone: 617-832-1000

*Attorneys for Plaintiffs Becton, Dickinson and Company, Sirigen, Inc., and Sirigen II Limited*

Respectfully submitted,

By: */s/ D. Shayon Ghosh*

**BEHMER & BLACKFORD LLP**
Timothy S. Blackford (SBN 190900)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858-792-3420
Email: tim@behmerblackford.com

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Teagan J. Gregory (*pro hac vice*)
Anthony H. Sheh (*pro hac vice*)
D. Shayon Ghosh (SBN 313628)
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Beckman Coulter, Inc.*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to D. Shayon Ghosh, counsel for Defendant Beckman Coulter, Inc., and that I have obtained his authorization to affix his electronic signature to this document.

Dated: December 26, 2023                    By:   */s/ Jesse Hindman*
                                            Attorney for Plaintiffs
                                            Email: jesse@erhlawfirm.com