UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, SIRIGEN, INC., and SIRIGEN II LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BECKMAN COULTER, INC.,<br><br>Defendant. | Case No.:  21-CV-1173-CAB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE NOTICE DEADLINE**<br><br>[Doc. No. 276] |

Upon consideration of the parties' Joint Motion to Continue Notice Deadline [Doc. No. 276], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.  On or before **January 9, 2024**, the parties shall provide notice to the Court of a joint proposal for whether the stay should be lifted, or in the alternative (including if the parties do not agree) to request a status conference to discuss with the Court whether the stay should be extended in light of the PTAB's rulings.

It is **SO ORDERED**.

Dated:  December 27, 2023

Hon. Cathy Ann Bencivengo
United States District Judge